FILED'06 MAR 13 14:59 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SISKIYOU REGIONAL EDUCATION PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. <br><br> ROBERT AND LISA BARTON, et al., <br><br> Defendant-Intervenors. | Cv. No. 03-3013-CO (Lead Case) Consolidated Cases <br><br> ORDER |

    Magistrate Judge John P. Cooney filed Findings and Recommendation on October 19, 2005, in the above entitled case recommending that the federal defendants' motion to strike defendant intervenor Hobbs's second, third, sixth, eighth, ninth, eleventh, twelfth, thirteenth, and fourteenth affirmative

1   - ORDER

defenses and his first, second, and third counterclaims be granted. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the magistrate judge's findings. See 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

Defendant intervenor Hobbs has filed objections. I have, therefore, given *de novo* review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Order dated October 19, 2005, in its entirety. Federal defendants' motion to strike (#97) is granted.

IT IS SO ORDERED.

DATED this 13th day of March, 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2    - ORDER